# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10160

United States Court of Appeals
Fifth Circuit

**FILED**

February 5, 2018

Lyle W. Cayce
Clerk

20/20 COMMUNICATIONS, INCORPORATED,

> Plaintiff - Appellant

v.

RANDALL BLEVINS; KATHY DIGRUILLES; JAMES COBBLE; BRINA
HEALY; JULIA MUCHEKE-BARRETT; PETER SALDORIGA; LOREN
SIMPSON; CHARLES SMITH; BENJAMIN STANCZIK; FREDDIE TUBBS;
KYIL WAITS; DEBORAH BUFFAMANTI; DAVID VINE; JUAN CASTILLO;
LENNOX CRAWFORD; THOMAS DEMIRIS; KIMBERLY KOPPELMAN;
REDWAN NEGASH,

> Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:16-CV-810

Before WIENER, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

20/20 Communications appeals the order denying a preliminary
injunction that would have prevented the defendants from arbitrating their
claims against the plaintiff as a class and from asking an arbitrator to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-10160

determine the availability of class arbitrations.  Under the Federal Arbitration Act, with limited exceptions inapplicable here, we are not permitted to consider appeals from interlocutory orders that refuse to enjoin arbitrations.  9 U.S.C. § 16(b)(4) (2012).

We DISMISS for lack of jurisdiction.